■ SAMUEL B. LESSER, as Trustee, Respondent, v. WEST ALBANY WAREHOUSES, INC., Appellant, et al., Defendants.— Motion for reargument denied, without costs, and stay vacated.

■ WILLIAM H. CORNELL et al., Respondents, v. WILLIAM EATON et al., Appellants.— Motion for reargument or permission to appeal to the Court of Appeals denied, without costs.

■ (A) TOWN OF SMITHTOWN, Appellant, v. FRANK C. MOORE et al., Constituting the State Board of Equalization, Respondents. (B) NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant, v. JAMES P. DENNIS et al., Respondents. (C) LOUISE G. McDERMOTT, as Successor Administrator of LUCILLE BURNS, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— [In each action] Motions for permission to appeal to the Court of Appeals denied, without costs.

■ DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent, v. INTERNATIONAL PAPER COMPANY, Appellant.— Motion for reargument denied. Motion for permission to appeal to the Court of Appeals granted, without costs.

■ In the Matter of FIRST STERLING CORPORATION, Appellant, v. JAMES A. LUNDY et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— Motion for permission to appeal to the Court of Appeal denied, wihout costs.

■ In the Matter of the Claims of GEORGE ALLEN et al., Appellants-Respondents, v. NEW WORLD BUILDING CORPORATION et al., Respondents. In the Matter of the Claims of BUREN PHILLIPS et al., Appellants-Respondents, v. CHARLES E. VAGELE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to apportion costs. Motion granted.

■ In the Matter of the Claim of STANLEY FISHER et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion by Donald L. Slater, Esq., heretofore appointed to represent the claimants-respondents herein for an order fixing his fee. Motion granted and his fee is hereby allowed and fixed in the sum of $150 pursuant to section 538 of the Labor Law.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LEROY ALLEN, Appellant.— Decision of this court, handed down June 1, 1961 (ante, p. 457), rescinded. Purported appeal dismissed on the ground there is no appeal pending.

■ GEORGE J. HORNBECK, Respondent, v. H. EUGENE TOWNER, Appellant. — Decision of this court, handed down August 1, 1961 (ante, p. 646), amended to read as follows: Order granting summary judgment reversed, with $10 costs, and the motion denying the dismissal of the complaint affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. LAWRENCE LEO DUMAS et al., Defendants.— Motion to change place of trial from County Court, St. Lawrence County, to a term of the Supreme Court to be held in another county. Motion denied.

■ In the Matter of HOWARD M. ISERSON, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for stay granted on condition that the petitioner perfect his proceeding on or before November 8, 1961 and be ready for argument at the term to commence November 13, 1961.

■ PENNSYLVANIA RAILROAD COMPANY et al., Appellants, v. STATE OF NEW YORK, Respondent.— Motion by Bankers Trust Company, Chemical Bank New York Trust Company, the First National City Bank of New York, Irving Trust Company and Morgan Guaranty Trust Company for permission to file a brief amici curiæ. Motion granted.